# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-3587

———————————————

DAVID M SUMMERS,

Appellant,

v.

SEC'Y, FL DOC,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

July 11, 2024

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and RAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

David M. Summers, pro se, Appellant.

Ashley Moody, Attorney General, and Juanita Villalpando, Assistant Attorney General, Tallahassee, for Appellee.